USCA1 Opinion

 

 November 21, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1087  UNITED STATES, Appellee, v. CESAR RAMON ROBLES, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Joel D. Landry on brief for appellant. ______________ Sheldon Whitehouse, United States Attorney, and Zechariah Chafee, __________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. In this appeal, Cesar Roman Robles ___________ challenges the district court's denial of his motion to dismiss his indictment for having illegally reentered this country after having been deported. See 8 U.S.C. 1326. We ___ affirm essentially for the reasons given in the district court's order, finding Robles' appellate arguments to be without merit. See Loc. R. 27.1. ___ Affirmed. _________ -2-